# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 423-2015-01214 |

and EEOC

State or local Agency, if any

**Name (Indicate Mr., Ms., Mrs.):** Mr. Quamy Shabazz
**Home Phone (Incl. Area Code):** (336) 422-9677
**Date of Birth:** 05-25-1964

**Street Address:** 1885 Robinson Street, **City, State and ZIP Code:** Jackson, MS 39232

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name:** JACKSON STATE UNIVERSITY
**No. Employees, Members:** 500 or More
**Phone No. (Include Area Code):** (601) 968-2121

**Street Address:** 1400 John R. Lynch St, **City, State and ZIP Code:** Jackson, MS 39217

**DISCRIMINATION BASED ON** (Check appropriate box(es).)
☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 11-04-2014   Latest: 11-04-2014
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

On October 13, 2014, I complained to my supervisor about illegal employment practice in that an employee with a different national origin did not get paid. On November 4, 2014, I was terminated from my Associate Director position. I began employment with the above Respondent on August 11, 2014.

I believe that I have been retaliated against in violation of Title VII of the Civil Rights Acts of 1964, as amended, in that I was terminated because I complained about an illegal employment practice from the above employer.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

X _____ X _____
Date    Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

**EXHIBIT A**